# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:08-CR-0424-05** |
| v.  : | **(Judge Conner)** |
| **CARLOS RUBEN MATOS**, : | |
| Defendant  : | |

## **ORDER**

AND NOW, this 1st day of April, 2009, upon consideration of the foregoing Motion (Doc. 135) to Withdraw Suppression Motions and Cancel Suppression Hearing for Defendant, it is hereby ORDERED that said motion is GRANTED. The Motion to Quash Wiretaps and to Suppress Evidence (Doc. 107), its supporting brief (Doc. 108), Motion to Suppress Defendant's Money and Statements (Doc. 109), and its supporting brief (Doc. 110) are withdrawn. It is further ORDERED that the Suppression Hearing scheduled for April 23, 2009, is CANCELLED.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge