AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the

__Middle__ District of __Pennsylvania__

| | |
|---|---|
| United States of America<br>v.<br><br>Carlos Ruben Matos | )<br>)<br>) Case No:   1:CR-08-424-05<br>)<br>) USM No:   16222-067<br>) |
| Date of Original Judgment:          12/22/2009<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) James V. Wade, Esq.<br>    *Defendant's Attorney* |

*FILED*
*HARRISBURG, PA*
NOV 0 7 2016
Per _____
_____ , CLERK

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   __11/7/16__

_____
*Judge's signature*

Effective Date: _____
     *(if different from order date)*

Christopher C. Conner, Chief United States District Judge
*Printed name and title*